# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULLIAN BLOUIN, <br>     Petitioner, <br> v. <br> DOMINGO URIBE, JR., <br>     Respondent. | Case No. ED CV 11-1289 VAP (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: __September 19, 2012_

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE